HARRY TARTER, Appellant, v. LLOYD B. SANDERSON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ROSE G. GOLDSTEIN, as Trustee for ANSELMO DI PACE and Others, under Instrument, etc., Respondent, v. ADOLPH S. HUMMEL, Individually and as Executor, etc., of MINNIE HUMMEL, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JOHN MULDOON, Respondent, v. DOCK CONTRACTOR COMPANY and Another, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of TERESA V. CASSIDY, Respondent, v. EDWARD G. TURNER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ABRAHAM COHEN, Respondent, v. THE SUPERIOR FIRE-PROOF DOOR & SASH Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. CHARLES A. LICHTENSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

HARRY GODOFF, Respondent, v. HAYMAN BENOWITZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ABRAHAM GASH, Respondent, v. NIELSEN & KITTLE CANNING COMPANY, LTD., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JOSEPH ALEXANDROVITCH, Respondent, v. AMERICAN SUGAR REFINING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and McAvoy, JJ.

GEORGE F. TROMMER and Another, Individually and as Trustees, etc., of WILLIAM G. RINGLER, Deceased, Respondents, v. GEORGE RINGLER & COMPANY, Appellant, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.; Martin, J., dissents.

BERTHA MYERS, Appellant, v. JOSEPH S. SCHWAB and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

BENJAMIN FRIEDMAN, Respondent, v. JOSEPH LICHTENTHAL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

BENJAMIN FRIEDMAN, Respondent, v. JOSEPH LICHTENTHAL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM METZGER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, F. J., Merrell, Finch and Martin, JJ.